AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY - 6 2016

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Bobby Joe Rosa - USC | ) Case No. M-16-0871-M |
| YOB: 1986 | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 22, 2016__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Title 18 U.S.C. 922 (g) (1): Unlawful to possess a firearm that had previously traveled in and affected interstate commerce while being a felon previously convicted of a crime punishable by imprisonment exceeding one year. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth
5/6/16

_Complainant's signature_

ATF Special Agent Patrick Briody
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/06/2016__ 10:45 pm

_Judge's signature_

City and state: __McAllen, Texas__

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

I, Special Agent Patrick Briody, affiant, do hereby depose and state the following based on firsthand knowledge as well information relayed from other members of law enforcement:

1. I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been so employed for six years.

2. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who is a convicted felon, to possess a firearm that has traveled in and affected interstate or foreign commerce.

3. On April 22, 2016, your affiant and other agents assisted Texas Department of Public Safety Criminal Investigations Division in the service of a state district court issued evidentiary search warrant at the home of Bobby Joe Rosa, 1102 Houston Street, Apartment A, Rio Grande City, Texas. Rosa was located at the residence and arrested on an outstanding arrest warrant. During a search of the home agents located a Smith and Wesson, Model 39-2, 9mm caliber pistol bearing serial number A481632 loaded with 7 rounds of 9mm ammunition.

4. On that same date, your affiant interviewed Abigail Garza who lives with Rosa. After advising Garza of her rights under Miranda, Garza waived them. Garza acknowledged the aforementioned Smith and Wesson pistol and stated that it belonged to Rosa.

5. On that same date, DPS CID investigators conducted a post-Miranda interview of Rosa who claimed possession of the firearm.

## ATTACHMENT A

6. Your affiant obtained a copy of Bobby Joe Rosa's November 2, 2006 felony conviction in the 229th Judicial District Court of Starr County, Texas for possession of a controlled substance; penalty group 1.

7. Your affiant, a firearms interstate nexus expert, examined the aforementioned firearm and determined that the firearm was manufactured outside the state of Texas and therefore traveled in and affected interstate commerce if found in Texas.

8. The aforementioned facts are provided for purposes of establishing probable cause and do not reflect the entirety of evidence or facts associated with this case.

9. Based on the aforementioned facts, your affiant believes there is probable cause to charge Bobby Joe Rosa for being a felon in possession of a firearm in violation of Title 18 U.S.C. 922(g)(1).

_____
ATF Special Agent Patrick Briody

Sworn to before me and subscribed in my presence,

_____                                    05/06/2016
U.S. Magistrate Judge Peter Ormsby